**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FERRO,<br><br>              Plaintiff,<br><br>     v.<br><br>LINDA SANDERS,<br><br>              Defendants. | Case No. ***EDCV 09-02097-VAP***<br>EDCR 06-00027-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: March 2, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge